IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL JENKINS,

          Plaintiff,

    v.

OREGON BOARD OF PAROLE AND
POST-PRISON SUPERVISION,

          Defendant.

Case No. 6:24-cv-01189-AN

JUDGMENT

NELSON, District Judge.

    Because Plaintiff has not attempted to cure the deficiencies identified in the Court's August 23, 2024 Order (#9), IT IS ORDERED AND ADJUDGED that this Action is DISMISSED without prejudice. Pending motions, if any, are DENIED AS MOOT. This Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

10/7/2024
DATE

*Adrienne Nelson*
Adrienne Nelson
United States District Judge

1 - JUDGMENT